**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS A. LILJEGREN, | Case No. 2:21-cv-03105-MCS-MAR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| U.S. AIR FORCE, | |
| Defendant. | |

Pursuant to this Court's Order Dismissing Case,

IT IS ADJUDGED that judgment is entered in favor of Defendant U.S. Air Force and against Plaintiff Dennis A. Liljegren on all claims in Plaintiff's Complaint. The action is dismissed. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: July 22, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE